IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION,<br>Defendant. | :<br>:<br>:<br>:<br>: CIVIL ACTION NO. 2:24-cv-01129<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION FOR THE PRO HAC VICE**
**ADMISSION OF ATTORNEY HAROLD LICHTEN**

Harold Lichten, undersigned counsel for Plaintiff Micheal Abner on behalf of themselves and others similarly situated, respectfully moves for *pro hac vice* admission in the above-captioned matter pursuant to Local Civil Rule 83.2B.

In support of this motion, the undersigned counsel attaches the Affidavit of Admission Pro Hac Vice of Harold Lichten and a Certificate of Good Standing from the Commonwealth of Massachusetts.

**WHEREFORE**, Plaintiffs respectfully request that the Court admit Attorney Harold Lichten *pro hac vice*. A proposed order is attached.

Date:  August 14, 2024                                Respectfully,

<div style="margin-left: 3em;">

/s/ Harold Lichten
Harold Lichten (*pro hac vice*)
Sarah Schalman-Bergen (PA Bar No. 206211)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA  02116
(617)  994-5800
hlichten@llrlaw.com

*Plaintiffs' Counsel*

</div>