IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER on behalf of themselves and others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION<br><br>  Defendant. | :<br>:<br>:<br>:<br>: CIVIL ACTION NO. 2:24-cv-01129<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### DECLARATION OF MOVANT HAROLD LICHTEN

I, Harold Lichten, in support of my motion for pro hac vice admission, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney and founding partner at the law firm of Lichten & Liss-Riordan, P.C., located at 729 Boylston Street, Suite 2000, Boston, MA 02116.

2. I am a member in good standing of the following courts:

   Colorado (District) - 08/25/2017
   Maine (District) - 05/01/1978
   Massachusetts (District) - 04/01/1986
   Massachusetts (State) (No. 549689) - 04/15/1987
   Michigan (E.D.) - 09/04/2012
   Nebraska (District) - 05/21/2020
   New York (W.D.) - 06/09/2017
   Oklahoma (W.D.) - 10/05/2022
   Wisconsin (E.D.) - 09/18/2015
   U.S. Supreme Court (No. 299690) - 10/31/2016
   1st Circuit (No.22114) - 2/13/1981
   2nd Circuit - 02/14/2020
   3rd Circuit - 04/04/2013
   4th Circuit - 04/29/2013
   5th Circuit - 03/01/2021
   6th Circuit - 07/06/2017
   7th Circuit - 09/11/2015
   8th Circuit - 05/21/2020
   9th Circuit - 01/15/2017
   11th Circuit - 05/25/2012

3. I have never been disbarred from practice before any court, department, bureau, or Commission of any state of the United States. My admission to the State of Maine is inactive because I have not practiced actively there for 25 years and I am no longer admitted in the State of New York as I have not practiced there in more than 35 years. At some point in time, I was informed by NY's First Judicial Department that my license had been suspended (even though I had not practiced there for more than 30 years) because I had not certified that I had taken continuing education credits. I was denied pro hac vice admission without prejudice in a now settled case to the S.D. Indiana for a clerical error related to my membership status in the New York State Bar. I am in active good standing in the Commonwealth of Massachusetts, as well as the other states and jurisdictions to which I am admitted.

4. I have registered under the ECF/CM system in the United States District Court for the Western District of Pennsylvania.

5. I have read and familiarized myself with the Local Rules for the United States District Court for the Western District of Pennsylvania.

6. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

August 14, 2024  
Date

/s/ Harold Lichten  
Harold Lichten (MA Bar No. 549689)  
LICHTEN & LISS-RIORDAN, P.C.  
729 Boylston Street, Suite 2000  
Boston, MA  02116  
Ph:  (617) 994-5800  
hlichten@llrlaw.com