IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION,<br>Defendant. | :<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 2:24-cv-01129<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## PROPOSED ORDER

NOW, this _____ day of August, 2024, upon consideration of Plaintiff's "Motion for the Pro Hac Vice Admission of Attorney Harold Lichten," it is hereby ORDERED that the Motion is GRANTED and that Attorney Harold Lichten is admitted *pro hac vice* to represent Plaintiffs in this action.

_____
Robert J. Colville
United States District Judge