IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION<br><br>　　　　Defendants. | No. 2:24-cv-01129<br><br><br>ELECTRONICALLY FILED DOCUMENT |

## MOTION FOR THE PRO HAC VICE
## ADMISSION OF ATTORNEY JEREMY ABAY

Pursuant to Local Civil Rule 83.2B, Plaintiffs respectfully move for the pro hac vice admission of Jeremy E. Abay as counsel for Plaintiffs in the above-captioned matter.

In support of this motion, the undersigned counsel attaches the Declaration of Jeremy Abay and a Certificate of Good Standing from the State of New Jersey.

**WHEREFORE**, Plaintiffs respectfully request that the Court admit Attorney Jeremy Abay pro hac vice. A proposed order is attached.

Dated: August 14, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*Jeremy Abay*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Jeremy Abay (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Sarah Schalman-Bergen (PA Bar No. 206211)
　　　　　　　　　　　　　　　　　　　　LICHTEN & LISS-RIORDAN, P.C.
　　　　　　　　　　　　　　　　　　　　729 Boylston Street, Suite 2000
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02116
　　　　　　　　　　　　　　　　　　　　(617) 994-5800
　　　　　　　　　　　　　　　　　　　　ssb@llrlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

1