IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION<br><br>    Defendants. | No. 2:24-cv-01129<br><br>ELECTRONICALLY FILED DOCUMENT |

**DECLARATION OF JEREMY ABAY IN SUPPORT OF PRO HAC VICE MOTION**

I, Jeremy Abay, in support of my motion for pro hac vice admission, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney at the law firm of Lichten & Liss-Riordan, P.C..

2. My office is located at 76 E. Euclid Avenue, Haddonfield, New Jersey 08033.

3. I am a member in good standing of the following courts:

    a. Pennsylvania (M.D.) - 03/08/2019

    b. Pennsylvania (E.D.) - 11/04/2014

    c. New Jersey (District) (No. 083862013) - 12/27/2013

    d. Third Circuit Court of Appeals - 10/15/2020

    e. U.S. Supreme Court - 05/05/2021

    f. New York (State) - 08/01/2019

    g. New Jersey (State) - 12/09/2013

    h. Pennsylvania (State) (No. 316730) - 10/23/2013

4. My partner, Sarah Schalman-Bergen, is attorney of record for Plaintiffs and is admitted to practice in the United States District Court for the Western District of Pennsylvania.

5. I have never been the subject of any disciplinary action in any jurisdiction and have never been denied admission to any court.

6. I have registered under the ECF/CM system in the United States District Court for the Western District of Pennsylvania.

7. I have read and familiarized myself with the Local Rules for the United States District Court for the Western District of Pennsylvania.

8. Based on the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

Dated: August 14, 2024                                   Respectfully submitted,

*/s/ Jeremy Abay*
Jeremy Abay (PA Bar No. 316730)
LICHTEN & LISS-RIORDAN, P.C.
76 E. Euclid Avenue, Suite 101
Haddonfield, New Jersey 08035
(856) 509-5346
jabay@llrlaw.com

*Attorneys for Plaintiffs*