IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION<br><br>Defendants. | No. 2:24-cv-01129<br><br>ELECTRONICALLY FILED DOCUMENT |

### [PROPOSED] ORDER

AND NOW, this _____ day of August, 2024, upon consideration of Plaintiff's Motion for the Pro Hac Vice Admission of Jeremy Abay, it is hereby ORDERED that the Motion is GRANTED. Jeremy Abay is admitted pro hac vice to represent Plaintiffs in this action.

_____
Robert J. Colville
United States District Judge

1