IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION, <br><br> Defendant, | CIVIL ACTION NO. 2:24-cv-01129 |

## MOTION FOR THE PRO HAC VICE
## ADMISSION OF ATTORNEY SHANNON LISS-RIORDAN

Shannon Liss-Riordan, undersigned counsel for Plaintiff Michael Abner, on behalf of themselves and others similarly situated, respectfully moves for *pro hac vice* admission in the above-captioned matter pursuant to Local Civil Rule 83.2B.

In support of this motion, the undersigned counsel attaches the Affidavit of Admission Pro Hac Vice of Shannon Liss-Riordan and a Certificate of Good Standing from the Commonwealth of Massachusetts.

**WHEREFORE**, Plaintiffs respectfully request that the Court admit Attorney Shannon Liss-Riordan *pro hac vice*. A proposed order is attached.

1

Date:  August 14, 2024                    Respectfully,

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan (*pro hac vice)*
Sarah Schalman-Bergen (PA Bar No. 206211)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA  02116
(617) 994-5800
sliss@llrlaw.com

*Plaintiffs' Counsel*