IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL ABNER, on behalf of themselves and others similarly situated,

        Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION

        Defendant,

CIVIL ACTION NO. 2:24-cv-01129

**DECLARATION OF MOVANT SHANNON LISS-RIORDAN**

I, Shannon Liss-Riordan, in support of my motion for pro hac vice admission, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney and founding partner at the law firm of Lichten & Liss-Riordan, P.C., located at 729 Boylston Street, Suite 2000, Boston, MA 02116.

2. I am a member in good standing of the following courts:

| Court | Date |
|---|---|
| California (C.D.) | 10/31/2016 |
| California (N.D.) | 10/5/2016 |
| California (State) (No. 310719) | 8/30/2016 |
| Illinois (C.D.) | 12/21/2020 |
| Massachusetts (District) | 3/19/1999 |
| Massachusetts (Bankruptcy) | 6/22/2012 |
| Massachusetts (State) (No.640716) | 01/04/1999 |
| Michigan (E.D.) | 6/7/2017 |
| New York (State) (No. 2971927) | 5/18/1999 |
| New York (W.D.) | 6/9/2017 |
| New York (S.D.) | 11/27/2018 |
| Wisconsin (E.D.) | 6/28/2018 |
| U.S. Supreme Court (No. 286346) | 3/4/2013 |
| D.C. Circuit Court | 5/30/2008 |
| 1st Circuit Court (No. 77877) | 5/15/2001 |
| 2nd Circuit Court | 1/20/2011 |
| 3rd Circuit Court | 1/7/2013 |
| 5th Circuit Court | 12/8/2022 |
| 6th Circuit Court | 7/10/2017 |
| 7th Circuit Court | 1/16/2015 |
| 9th Circuit Court | 5/6/2013 |

    11th Circuit Court        9/10/2019

  3.  I have never been the subject of any disciplinary action in any jurisdiction and have never been denied admission to any court.

  4.  I have registered under the ECF/CM system in the United States District Court for the Western District of Pennsylvania.

  5.  I have read and familiarized myself with the Local Rules for the United States District Court for the Western District of Pennsylvania.

  6.  Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

August 14, 2024           */s/ Shannon Liss-Riordan*
Date                Shannon Liss-Riordan (MA Bar No. 640716)
                   LICHTEN & LISS-RIORDAN, P.C.
                   729 Boylston Street, Suite 2000
                   Boston, MA  02116
                   Ph:  (617) 994-5800
                   sliss@llrlaw.com