IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER, on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION<br><br>Defendant, | :<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 2:24-cv-01129<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PROPOSED ORDER**

NOW, this _____ day of August, 2024, upon consideration of Plaintiff's "Motion for the Pro Hac Vice Admission of Attorney Shannon Liss-Riordan," it is hereby ORDERED that the Motion is GRANTED and that Attorney Shannon Liss-Riordan is admitted *pro hac vice* to represent Plaintiffs in this action.

_____
Robert J. Colville
United States District Judge