IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHEAL ABNER, on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. et al,<br>Defendant. | :<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 2:24-cv-01129<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION FOR THE PRO HAC VICE**
**ADMISSION OF ATTORNEY MATTHEW CARRIERI**

Matthew Carrieri, undersigned counsel for Plaintiff Michael Abner, on behalf of themselves and others similarly situated, respectfully moves for *pro hac vice* admission in the above-captioned matter pursuant to Local Civil Rule 83.2B.

In support of this motion, the undersigned counsel attaches the Affidavit of Admission Pro Hac Vice of Matthew Carrieri and a Certificate of Good Standing from the Commonwealth of Massachusetts.

**WHEREFORE**, Plaintiffs respectfully request that the Court admit Attorney Matthew Carrieri *pro hac vice*. A proposed order is attached.

Dated: August 14, 2024                /s/ *Matthew Carrieri*
　　　　　　　　　　　　　　　　　 Matthew Carrieri (*pro hac vice*)
　　　　　　　　　　　　　　　　　Sarah Schalman-Bergen (PA Bar No. 206211)
　　　　　　　　　　　　　　　　　LICHTEN & LISS-RIORDAN, P.C.
　　　　　　　　　　　　　　　　　729 Boylston Street, Suite 2000
　　　　　　　　　　　　　　　　　Boston, MA  02116
　　　　　　　　　　　　　　　　　(617) 994-5800
　　　　　　　　　　　　　　　　　mcarrieri@llrlaw.com

　　　　　　　　　　　　　　　　　*Plaintiffs Counsel*