IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION<br><br>      Defendant. | CIVIL ACTION NO. 2:24-cv-01129 |

### **DECLARATION OF MOVANT MATTHEW CARRIERI**

I, Matthew Carrieri, in support of my motion for pro hac vice admission, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney at the law firm of Lichten & Liss-Riordan, P.C., located at 729 Boylston St., Suite 2000, Boston MA, 02116.

2. I am a member in good standing of the following courts:

    Massachusetts (State) (No.705192) - 11/18/2019
    Massachusetts (District) - 08/16/2022
    First Circuit Court of Appeals - (No. 1207125) - 02/28/2023

3. I have never been the subject of any disciplinary action in any jurisdiction and have never been denied admission to any court.

4. I have registered under the ECF/CM system in the United States District Court for the Western District of Pennsylvania.

5. I have read and familiarized myself with the Local Rules for the United States District Court for the Western District of Pennsylvania.

6. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

| | |
|---|---|
| August 14, 2024 | */s/ Matthew Carrieri* |
| Date | Matthew Carrieri (MA BarNo. 705192) |
| | LICHTEN & LISS-RIORDAN, P.C. |
| | 729 Boylston Street, Suite 2000 |
| | Boston, MA  02116 |
| | Ph:  (617) 994-5800 |
| | mcarrieri@llrlaw.com |