# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER, et al., | CIVIL ACTION |
| Plaintiffs, | No. 2:24-cv-01129-RJC |
| v. | |
| FEDEX GROUND PACKAGE SYSTEM, INC., and FEDEX CORPORATION, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is entering his appearance on behalf of Defendant Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc.

Dated:  August 16, 2024                     Respectfully submitted,


*s/ Joseph P. McHugh*

Joseph P. McHugh (PA 77489)
Shanicka L. Kennedy (PA 88306)
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA  15108
Telephone:   412.859.5917
Telephone:   412.859.5792
Facsimile:   412.859.5413
joseph.mchugh@fedex.com
shanicka.kennedy@fedex.com

Jessica G. Scott (CO 37287) (*pro hac vice* forthcoming)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:   303.244.1800
Facsimile:   303.244.1879
scott@wtotrial.com

Attorneys for Federal Express Corporation, successor by merger to Defendant FedEx Ground Package System, Inc.

## **CERTIFICATE OF SERVICE (CM/ECF)**

      I HEREBY CERTIFY that on August 16, 2024, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sara R. Schalman-Bergen**
  ssb@llrlaw.com, courtssb@llrlaw.com

- **Shannon Liss-Riordan**
  sliss@llrlaw.com

- **Matthew Carrieri**
  mcarrieri@llrlaw.com

- **Jeremy Edward Abay**
  jabay@llrlaw.com

- **Harold Lichten**
  hlichten@llrlaw.com

                                                                 *s/ Joseph P. McHugh*