IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION,<br><br>     Defendants. | CIVIL ACTION<br><br>No. 2:24-cv-01129-RJC<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel for Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc., Defendant in the above-caption action, certifies that the following are parents, subsidiaries, and/or affiliates of Federal Express Corporation that have issued shares or debt securities to the public:

    FedEx Corporation

Dated:  August 16, 2024　　　　　　　　　　Respectfully submitted,

                                        *s/ Joseph P. McHugh*

Joseph P. McHugh (PA 77489)
Shanicka L. Kennedy (PA 88306)
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA  15108
Telephone:   412.859.5917
Telephone:   412.859.5792
Facsimile:   412.859.5413
joseph.mchugh@fedex.com
shanicka.kennedy@fedex.com

Jessica G. Scott (CO 37287) (*pro hac vice* forthcoming)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:   303.244.1800
Facsimile:   303.244.1879
scott@wtotrial.com

Attorneys for Federal Express Corporation, successor by merger to Defendant FedEx Ground Package System, Inc.

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on August 16, 2024, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sara R. Schalman-Bergen**
  ssb@llrlaw.com, courtssb@llrlaw.com

- **Shannon Liss-Riordan**
  sliss@llrlaw.com

- **Matthew Carrieri**
  mcarrieri@llrlaw.com

- **Jeremy Edward Abay**
  jabay@llrlaw.com

- **Harold Lichten**
  hlichten@llrlaw.com

*s/ Joseph P. McHugh*