IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER, et al., | CIVIL ACTION |
| Plaintiffs, | No. 2:24-cv-01129-RJC |
| v. | |
| FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION, | NOTICE OF APPEARANCE |
| Defendants. | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is entering her appearance on behalf of Defendant Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc.

Dated:  August 16, 2024                             Respectfully submitted,


                                                    s/ Shanicka L. Kennedy                         


                                                    Shanicka L. Kennedy (PA ID #88306)
                                                    Joseph P. McHugh (PA ID #77489)
                                                    Federal Express Corporation
                                                    1000 FedEx Drive
                                                    Moon Township, PA  15108
                                                    Telephone:    (412) 859-5792
                                                    Facsimile:     (412) 859-5413
                                                    Email: shanicka.kennedy@fedex.com
                                                    Email: joseph.mchugh@fedex.com
                                                    Jessica G. Scott (CO 37287) (*pro hac vice*)
                                                    Wheeler Trigg O'Donnell LLP
                                                    370 Seventeenth Street, Suite 4500
                                                    Denver, CO 80202-5647
                                                    Telephone: 303.244.1800
                                                    Facsimile: 303.244.1879
                                                    scott@wtotrial.com

                                                    Attorneys for Defendant Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc.

## **CERTIFICATE OF SERVICE (CM/ECF)**

The undersigned certifies that on August 16, 2024, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

The following are those who are currently on the list to receive e-mail notices for this case.

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sarah R. Schalman-Bergen** ssb@llrlaw.com, courtssb@llrlaw.com

- **Harold Lichten** hlichten@llrlaw.com, courts@llrlaw.com

- **Shannon Liss-Riordan** sliss@llrlaw.com, courts@llrlaw.com, zrubin@llrlaw.com

- **Jessica Goneau Scott** scott@wtotrial.com, umaguing@wtotrial.com

- **Joseph McHugh** joseph.mchugh@fedex.com, amy.chambers@fedex.com, dawn.miller@fedex.com

- **Jeremy Edward Abay** jabay@llrlaw.com

- **Matthew Carrieri** mcarrieri@llrlaw.com

*s/Shanicka L. Kennedy*

2