# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER et al., | CIVIL ACTION |
| Plaintiffs, | No. 2:24-cv-01129-RJC |
| v. | **MOTION FOR ADMISSION *PRO HAC VICE* OF JESSICA G. SCOTT** |
| FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION, | |
| Defendants. | |

Jessica G. Scott, undersigned counsel for Defendant Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc., ("FedEx") hereby moves that Jessica G. Scott be admitted to appear and practice in this Court as counsel pro hac vice for FedEx in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Jessica G. Scott filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  August 19, 2024                    Respectfully submitted,


                                                            *s/ Jessica G. Scott*
Jessica G. Scott (CO 37287) (*pro hac vice* forthcoming)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:    303.244.1800
Facsimile:    303.244.1879
scott@wtotrial.com

Joseph P. McHugh (PA 77489)
Shanicka L. Kennedy (PA 88306)
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA  15108
Telephone:   412.859.5917
Telephone:   412.859.5792
Facsimile:   412.859.5413
joseph.mchugh@fedex.com
shanicka.kennedy@fedex.com

Attorneys for Federal Express Corporation, successor by merger to Defendant FedEx Ground Package System, Inc.

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on August 19, 2024, I electronically filed the foregoing **MOTION FOR ADMISSION PRO HAC VICE OF JESSICA G. SCOTT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sara R. Schalman-Bergen**
  ssb@llrlaw.com, courtssb@llrlaw.com

- **Shannon Liss-Riordan**
  sliss@llrlaw.com

- **Matthew Carrieri**
  mcarrieri@llrlaw.com

- **Jeremy Edward Abay**
  jabay@llrlaw.com

- **Harold Lichten**
  hlichten@llrlaw.com

*s/ Jessica G. Scott*