# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER et al., | CIVIL ACTION |
| Plaintiffs, | No. 2:24-cv-01129-RJC |
| v. | **AFFIDAVIT OF JESSICA G. SCOTT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION, | |
| Defendants. | |

I, Jessica G. Scott, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc., ("FedEx") in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151 ).

I, Jessica G. Scott, being duly sworn, do hereby depose and say as follows:

1. I am a Partner of the law firm Wheeler Trigg O'Donnell LLP.

2. My business address is 370 Seventeenth Street, Suite 4500, Denver, Colorado 80202-5647.

3. I am a member in good standing of the following courts:

Supreme Court of the State of Colorado - 05/17/2006 (No. 37287)
Supreme Court of the State of Montana - 05/14/2013 (No. 12048)
U.S. District Court for the District of Colorado - 05/ 19/2006
U.S. District Court for the District of New Mexico - 05/11/2017
U.S. District Court for the Eastern District of Wisconsin- 08/27/2018
U.S. Court of Appeals for the Seventh Circuit - 07/27/2012
U.S. Court of Appeals for the Tenth Circuit - 03/23/2007

4. I have never been the subject of any disciplinary action in any jurisdiction and have never been denied admission to any court.

5. A current certificate of good standing from Colorado is attached to this Affidavit as Exhibit 1.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the

United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: August 19, 2024                *s/ Jessica G. Scott*
                                       Jessica G. Scott