EXHIBIT 1
Affidavit of Jessica G. Scott in Support of
Motion to Appear Pro Hac Vice

**<u>Certificate of Good Standing - Colorado</u>**



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**JESSICA GONEAU SCOTT**

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **17th** day of **May** A.D. **2006** and that at the date hereof the said **JESSICA GONEAU SCOTT** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **28th** day of **September** A.D. **2023**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk