## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX CORPORATION, <br><br> Defendants. | CIVIL ACTION <br><br> No. 2:24-cv-01129-RJC <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF JESSICA G. SCOTT** |

THIS MATTER, having come before the Court on the Motion for Admission Pro Hac Vice of Jessica G. Scott, the Court hereby GRANTS the Motion and ORDERS that Jessica G. Scott is admitted pro hac vice to represent Defendant Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc., in this action.

Dated this _____ day of August, 2024.

BY THE COURT

_____
Honorable Robert J. Colville
United States District Judge