# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC., <br><br> Defendant. | CIVIL ACTION <br><br> No. 2:24-cv-01129-RJC <br><br> **[PROPOSED] ORDER GRANTING FEDERAL EXPRESS CORPORATION'S MOTION FOR ADDITIONAL PAGES FOR MEMORANDUM IN SUPPORT OF RULE 11 MOTION** |

THIS MATTER, having come before the Court on Defendant Federal Express Corporation's, successor by merger to FedEx Ground Package System, Inc., ("FedEx") Motion for Additional Pages for Memorandum in Support of Rule 11 Motion, and the Court having reviewed said motion and being fully advised, hereby orders that the Motion is GRANTED.

If FedEx's Rule 11 Motion is not mooted, FedEx is permitted to file a Memorandum in Support of its Motion for Rule 11 Sanctions to Dismiss Plaintiffs' First Amended Complaint that is up to 25 pages in length.

It is so ordered.

Dated this ____ day of _____, 2024.

BY THE COURT

_____
Honorable Robert J. Colville
United States District Judge