# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER et al., <br><br>    Plaintiffs, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC., <br><br>    Defendant. | CIVIL ACTION <br><br> No. 2:24-cv-01129-RJC <br><br> **[PROPOSED] ORDER GRANTING FEDERAL EXPRESS CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** |

THIS MATTER, having come before the Court on Defendant Federal Express Corporation's, successor by merger to FedEx Ground Package System, Inc., ("FedEx") Unopposed Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint, and the Court having reviewed said motion and being fully advised, hereby orders that the Motion is GRANTED.

In the event FedEx files its Motion for Rule 11 Sanctions to Dismiss Plaintiffs' First Amended Complaint ("Rule 11 Motion"), FedEx's deadline to answer or otherwise respond to Plaintiffs' Amended Complaint, if necessary, is extended to 14 days after the Court's order on FedEx's Rule 11 Motion.

It is so ordered.

Dated this ____ day of _____, 2024.

BY THE COURT

_____
Honorable Robert J. Colville
United States District Judge