IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>  Defendant. | No. 2:24-cv-01129-RJC |

## NOTICE OF VOLUNTARY DISMISSAL FOR CERTAIN PLAINTIFFS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims asserted by the following plaintiffs (and only the following plaintiffs) are voluntarily dismissed:

- Efren Aguirre
- Nadeem Ahmad
- Terry Allamong
- Christopher Alvarado
- Greg Anderson
- Shandrina Anderson
- Stephanie Arellano
- Miguel Arias
- Ralph Ashton Jr.
- Martin Avila
- Tamika Awel
- Andrew Bachanov
- Abdourahmane Bah
- Jessica Bailey
- Evan Berggren
- Ronnie Bishop
- Kenneth Blackburn Jr.
- James Blue
- Denna Bly
- Adam Boyer
- Markeshia Branch
- Michael Burke
- Shonda Burton

1

- Roxie Burts
- Randy Campbell
- Aaron Cannon Jr.
- Luis Carlos
- Melissa Carr
- Tejean Carroll
- Cartrese Carswell
- Michael Carter
- Jeremy Ceasar
- Juan Cevallos Robletto
- Darwin Chatman
- Nathan Clark
- Jared Clements
- Tyson Colvin
- Earnest Cooper
- Miguel Coronado Jr
- Luis Cruz
- Christopher Cunningham
- Rhonda Dagais
- Michael Daily
- Eric Daitch
- Ryan Dalke
- Patrick Daniels
- David Dario
- Tyren Day
- Brandon Deese
- Ryan Deluca
- Kevin Demello
- Hank Derka
- Ernesto Diaz
- Michael Diaz
- David Dickerson
- Thomas Dimaria
- Daniel Duffy
- Tammy Dvorak
- Matthew Engebos
- Michael Evans
- Dalton Faughn
- Ramon Fernandez
- Desmond Forrest
- Arthur Foster
- Christopher Foster
- Derek Francis Jr
- Juan Galindo

- Alexander Garcia
- William Gardner
- Anthony Garrett
- James Garrow
- Andrea Gil
- Jonathan Goepner
- Jesus Gonzalez
- Steven Green
- Oneil Gregory
- Ed Grim
- James Grzesiak
- William Guy
- Joe Hamilton
- Veronica Hampton
- Ronald Hargro
- Christopher Harris
- Leonardo Hernandez-Nieves
- Joshua Hicks
- Brett Hoffay
- Leticia Holmes
- Chad Hougland
- Remington Hughes
- Thomas Hughes
- Brandon Hutchinson
- Shakeniah Irby
- Poree Jarman
- Wendy Jean-Louis
- Guobo Jiang
- Jorge Jimenez
- Eldent Johnson
- Jennifer Jones
- Gary Jordan
- Kelly Kane
- Thomas Kelly
- Jawara Kenyatte
- Cynthia Ketron
- Paul Kossifologos
- Steven Larsen
- Joseph Laudano
- Oscar Lema
- Sharieff Lenihan
- Sylvester Lyons Jr
- Gerardo Maldonado Perez
- Alexandria Marks

- Edwin Martinez
- Michael Martinez
- Angel Martir-Estrella
- Darwin Mccleish
- Christopher Mcindoe
- Joseph Mclaughlin
- Cecil Mclerran
- Kenneth Mcnally
- Arquimedes Melendez
- Damian Melendez
- Richard Mendoza
- Benjamin Miller
- Duane Miller
- James Miller
- Taylor Miller
- Aimee Miranda
- Dalton Mitchell
- Jose Mondragon
- Michael Monroe
- Lejerrith Mooney
- Donald Moore
- Jesus Morales
- Hendrik Morales, Sr.
- Joseph Morris
- Michelle Morton
- Atanacio Munoz
- Matthew Munro
- Bradley Nance
- Jahne Nangle
- Victor Nunez
- Kiel Nunn
- Ademola Oladeru
- Gerald Olson
- Jackie Ori
- Francisco Ortiz
- Phillip Owens
- Mark Palmer
- Michael Palmer
- Christian Pegues
- Isaac Perez
- Brian Phillips
- Scotty Pinuelas
- Tapia Piseno
- Kenneth Porter

- Darain Porter-Race II
- Christopher Pouncy
- Daina President
- Bradley Pruzzo
- Tracy Pymm
- Anthony Rabena
- Andra Ray
- Amir Razavi
- Larry Rhodes
- Jonathan Ritzler
- Roy Robinson
- Edwin Romero
- Brennen Rompa
- Anthony Russo
- Azael Sandoval
- Steven Sandtorf
- Chris Saville
- Robert Schieber
- Elisa Shufelt
- Dameion Simon
- Bidney Sinflorant
- Shannon Sires
- Marchon Skillom-Tate
- Cody Smith
- Joshua Smith
- Kyle Smith
- Harold Sockriter Jr.
- Russell Strickler III
- Julio Suriel
- Alicia Sykes
- Joseph Szupello
- Kelvin Tavarez
- George Taylor
- Christi Tedder
- Chad Thomas
- Karel Thomas
- Robert Thomas
- Shuntel Thomas
- Courtney Thompson
- Derek Thompson
- Ramon Tiburcio
- Michael Timberson
- Stanley Townes
- Eriberuto Uehara

- John Umfleet
- Irving Vazquez
- Angel Vidal
- Joseph Wainwright
- Waqueenna Walton
- Kirk Warner-Talbott
- Jaret Washington
- Carol White
- Paul White
- Tiffany Whiteman-Radcliffe
- Marshall Williams
- Mike Wilson
- Terry Wilson
- Kevin Wood
- Logan Worden
- Arnold Yang
- Ben Zegarelli

Dated: November 29, 2024                    Respectfully submitted,

*s/ Shannon Liss-Riordan*
Shannon Liss-Riordan (*pro hac vice*) (MA 640716)
Harold Lichten (*pro hac vice*) (MA 549689)
Sarah Schalman-Bergen (PA Bar No. 206211)
Matthew Carrieri (*pro hac vice*) (MA 705192)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com
ssb@llrlaw.com
mcarrieri@llrlaw.com

Jeremy Abay (PA Bar No. 316730)
LICHTEN & LISS-RIORDAN, P.C.
76 E. Euclid Avenue, Suite 101
Haddonfield, New Jersey 08035
(856) 509-5346
jabay@llrlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2024, I caused a true and correct copy of the foregoing Notice to be filed with the Court's CM/ECF system, which constitutes service on Defendant, whose counsel are registered participants on that system.

*s/ Shannon Liss-Riordan*
Shannon Liss-Riordan
