# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HORACE CLAIBORNE, SONJIA MONIQUE BOWLIN, TYSHAWN WALKER, WILLIE SEALS, FREDERICK EPPICH, JEROME SCHOOLFIELD, KRISTINA TRAVIS, JEREMY WINKELS, ARTHUR FOSTER III, ERNESTO DIAZ, GERALD GENSOLI, and THOMAS DEPPIESSE,<br><br>      Plaintiffs,<br><br>    v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>      Defendant. | No. 2:18-cv-01698-RJC<br><br>JURY DEMANDED |

**PLAINTIFF JEROME SCHOOLFIELD'S SUPPLEMENTAL RESPONSES TO DEFENDANT FEDEX GROUND'S FIRST SET OF INTERROGATORIES**

Plaintiff Jerome Schoolfield hereby supplements his responses to the interrogatories propounded by Defendant FedEx Ground Package System, Inc. ("FedEx"). Plaintiff reserves his right and will meet his obligation to further supplement his responses if and when necessary.

**GENERAL OBJECTIONS**

Plaintiff's responses to these interrogatories are subject to the General Objections set forth below. These objections are incorporated into the response to each and every interrogatory and are set forth in this manner to avoid duplication and restatement. For the purpose of clarity, the responses to certain Interrogatories may refer specifically to one or more General Objections. The failure to incorporate specifically a General Objection into a response, however, is not a waiver of the General Objection.

1. Plaintiff objects to each interrogatory to the extent that it seeks information subject to a privilege, including without limitation the attorney-client privilege.

1

**INTERROGATORY NO. 12:**

Identify and describe the method, manner, and medium through which any Service Provider provided you copies of or access to any payroll, hours, benefits, or other compensation-related documents or information, including without limitation identification of any online systems, applications, direct deposit to your bank, or other methods of access previously used or currently available to you to access such information.

**OBJECTION AND RESPONSE TO INTERROGATORY NO. 12:** Plaintiff objects to this interrogatory on the grounds that it is vague and ambiguous, overly broad, and unduly burdensome. Subject to and without waiving this objection, Plaintiff states that he is currently paid by Truck Dynasty via direct deposit, and that he receives his paystubs via email from Truck Dynasty's payroll department.  At Frontline Delivery Services, Plaintiff used an app called Gusto to access his paystubs.  Plaintiff further states that in the past he has been paid online via Quickbooks.

**INTERROGATORY NO. 13:**

Identify and describe the method, manner, and medium through which your Service Provider employers had you keep track of your time worked and how you submitted that time to your Service Providers, including without limitation identification of any phone, iPad or other applications, hard-copy time cards, photos of time records taken with your phone, etc.

**OBJECTION AND RESPONSE TO INTERROGATORY NO. 13:** Plaintiff objects to this interrogatory on the grounds that it is vague and ambiguous. Subject to and without waiving this objection, Plaintiff states that at Truck Dynasty, he is required to track his hours by logging in and out each day to a system called Homebase.  Plaintiff was not required to track his hours at

7

AS TO ALL ANSWERS,

The foregoing answers are true and accurate to the best of my knowledge. Signed under the pains and penalties of perjury this 19th day of August, 2024.

*Jerome Anthony Schoolfield*
_____
Jerome Schoolfield

AS TO ALL OBJECTIONS,

Dated: August 19, 2024

Respectfully submitted,

HORACE CLAIBORNE, SONJIA MONIQUE BOWLIN, TYSHAWN WALKER, WILLIE SEALS, FREDERICK EPPICH, JEROME SCHOOLFIELD, KRISTINA TRAVIS, JEREMY WINKELS, ARTHUR FOSTER III, ERNESTO DIAZ, GERALD GENSOLI, and THOMAS DEPPIESSE

By their attorneys,

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan (*pro hac vice*)
Harold Lichten (*pro hac vice*)
Matthew Carrieri (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com
mcarrieri@llrlaw.com

Jeremy Abay (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
76 E. Euclid Avenue, Suite 101
Haddonfield, New Jersey 08035
(856) 509-5346
jabay@llrlaw.com

Peter Winebrake
Mark J. Gottesfeld
Michelle Tolodziecki
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491
pwinebrake@winebrakelaw.com
mgottesfeld@winebrakelaw.com
mtolodizekci@winebrakelaw.com

Brian Gonzales (*pro hac vice*)

8

THE LAW OFFICES OF BRIAN D.
GONZALES, PLLC
2580 East Harmony Road, Suite 201
Fort Collins, Colorado 80528
(970) 214-0562
bgonzales@coloradowagelaw.com

*Attorneys for Plaintiffs*