# Exhibit G

| | |
|---|---|
| **From:** | Scott, Jessica |
| **To:** | Jeremy Abay; Shannon Liss-Riordan (sliss@llrlaw.com) |
| **Cc:** | Sarah Schalman-Bergen; Harold Lichten (hlichten@llrlaw.com); Matthew Carrieri; McHugh, Joe; Kennedy, Shanicka; Whitt, Celyn; Schaller, David |
| **Subject:** | RE: Questions re Abner, Brannon, and Alleyne cases |
| **Date:** | Tuesday, October 8, 2024 7:43:16 AM |
| **Attachments:** | image001.png |

Counsel,

Following up on the below yet again. We'd appreciate a response on this.

Jessica

**Jessica G. Scott (she/her/hers)**
**Partner, Diversity & Inclusion Co-Chair**
**Wheeler Trigg O'Donnell LLP**

---

**From:** Scott, Jessica <scott@wtotrial.com>
**Sent:** Friday, September 20, 2024 3:08 PM
**To:** Jeremy Abay <jabay@llrlaw.com>; Shannon Liss-Riordan (sliss@llrlaw.com) <sliss@llrlaw.com>
**Cc:** Sarah Schalman-Bergen <ssb@llrlaw.com>; Harold Lichten (hlichten@llrlaw.com) <hlichten@llrlaw.com>; Matthew Carrieri <mcarrieri@llrlaw.com>; McHugh, Joe <joseph.mchugh@fedex.com>; Kennedy, Shanicka <shanicka.kennedy@fedex.com>; Whitt, Celyn <Whitt@wtotrial.com>; Schaller, David <schaller@wtotrial.com>
**Subject:** RE: Questions re Abner, Brannon, and Alleyne cases

Following up on the below.

Thank you,
Jessica

**Jessica G. Scott (she/her/hers)**
**Partner, Diversity & Inclusion Co-Chair**
**Wheeler Trigg O'Donnell LLP**

---

**From:** Scott, Jessica <scott@wtotrial.com>
**Sent:** Tuesday, September 3, 2024 3:54 PM
**To:** Jeremy Abay <jabay@llrlaw.com>; Shannon Liss-Riordan (sliss@llrlaw.com) <sliss@llrlaw.com>

**Cc:** Sarah Schalman-Bergen <ssb@llrlaw.com>; Harold Lichten (hlichten@llrlaw.com) <hlichten@llrlaw.com>; Matthew Carrieri <mcarrieri@llrlaw.com>; McHugh, Joe <joseph.mchugh@fedex.com>; Kennedy, Shanicka <shanicka.kennedy@fedex.com>; Whitt, Celyn <Whitt@wtotrial.com>; Schaller, David <schaller@wtotrial.com>
**Subject:** Questions re Abner, Brannon, and Alleyne cases

Shannon and Jeremy,

I wanted to confirm a few things based on statements Plaintiffs' counsel have previously made and trying to put pieces together to work from a base understanding. Can you please confirm the following:

(1) That the intent is that each Plaintiff listed in these three cases was an opt-in in either *Claiborne* (for *Abner* and *Brannon*) or *Roy* (*Alleyne*)? Meaning that we should not expect to see "brand new" Plaintiffs we have not seen before as opt-ins in those case?

(2) That *Brannon* is intended to contain former *Claiborne* opt-ins that were participants in opt-in discovery in some way (even if that way was simply Plaintiffs obtaining scanner data for them – meaning they may not have completed a discovery questionnaire)?

(3) That *Alleyne* is intended to contain former *Roy* opt-ins that did <u>not</u> participate in discovery?

(4) That *Abner* is intended to contain former *Claiborne* opt-ins that did <u>not</u> participate in discovery?

Thank you,
Jessica

**Jessica G. Scott (she/her/hers)**
**Partner, Diversity & Inclusion Co-Chair**
**P** 303.244.1846 | **F** 303.244.1879
370 17th Street, Suite 4500, Denver CO  80202-5647
scott@wtotrial.com | wtotrial.com | vCard

