# Exhibit H

   



 **Cassandra Imaboss Miller**
May 7

 Write a comment...