# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>    Defendant. | CIVIL ACTION<br><br>No. 2:24-cv-01129-RJC<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF MACY J. MIZE-MARTINEZ** |

Macy J. Mize-Martinez, undersigned counsel for Defendant Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc., ("FedEx") hereby moves that Macy J. Mize-Martinez be admitted to appear and practice in this Court as counsel pro hac vice for FedEx in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Macy J. Mize-Martinez filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: December 3, 2024								Respectfully submitted,

							<u>s/ Macy J. Mize-Martinez</u>
							Macy J. Mize-Martinez (CO 59276) (*pro hac vice* forthcoming)
							Wheeler Trigg O'Donnell LLP
							370 Seventeenth Street, Suite 4500
							Denver, CO  80202-5647
							Telephone:	303.244.1800
							Facsimile:	303.244.1879
							mize-martinez@wtotrial.com

							Joseph P. McHugh (PA 77489)
							Shanicka L. Kennedy (PA 88306)
							Federal Express Corporation
							1000 FedEx Drive
							Moon Township, PA  15108
							Telephone:	412.859.5917
							Telephone:	412.859.5792
							Facsimile:	412.859.5413
							joseph.mchugh@fedex.com
							shanicka.kennedy@fedex.com

							Attorneys for Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc.

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on December 3, 2024, I electronically filed the foregoing **MOTION FOR ADMISSION PRO HAC VICE OF MACY J. MIZE-MARTINEZ** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

The following are those who are currently on the list to receive email notices for this case.

- **Sara R. Schalman-Bergen**
  ssb@llrlaw.com, courtssb@llrlaw.com

- **Shannon Liss-Riordan**
  sliss@llrlaw.com

- **Matthew Carrieri**
  mcarrieri@llrlaw.com

- **Jeremy Edward Abay**
  jabay@llrlaw.com

- **Harold Lichten**
  hlichten@llrlaw.com

*s/ Macy J. Mize-Martinez*