# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC., <br><br> Defendant. | CIVIL ACTION <br><br> No. 2:24-cv-01129-RJC <br><br> **AFFIDAVIT OF MACY J. MIZE-MARTINEZ IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE* |

I, Macy J. Mize-Martinez, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc., ("FedEx") in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Macy J. Mize-Martinez, being duly sworn, do hereby depose and say as follows:

1. I am an Associate of the law firm Wheeler Trigg O'Donnell, LLP.

2. My business address is 370 Seventeenth Street, Suite 4500, Denver, Colorado 80202-5647.

3. I am a member in good standing of the bars of:

   Colorado – 10/30/2023 (No. 59276)
   District of Columbia – 01/04/2021 (No. 1736126)

4. I have never been the subject of any disciplinary action in any jurisdiction and have never been denied admission to any court.

5. A current certificate of good standing from Colorado is attached to this Affidavit as Exhibit 1.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I have attested that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based on the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

2

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: December 3, 2024                     *s/ Macy J. Mize-Martinez*
                                            Macy J. Mize-Martinez