EXHIBIT 1
Affidavit of Macy J. Mize-Martinez
in Support of Motion to Appear Pro Hac Vice

**<u>Certificate of Good Standing - Colorado</u>**



**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**Macy Jan Mize-Martinez**__

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __30th__ day of __October__ A.D. __2023__ and that at the date hereof the said __**Macy Jan Mize-Martinez**__ is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __20th__ day of __November__ A.D. __2024__



*Cheryl Stevens*

Clerk

By _____

Deputy Clerk