# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER et al., | CIVIL ACTION |
| Plaintiffs, | No. 2:24-cv-01129-RJC |
| v. | **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF MACY J. MIZE-MARTINEZ** |
| FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC., | |
| Defendant. | |

THIS MATTER, having come before the Court on the Motion for Admission Pro Hac Vice of Macy J. Mize-Martinez, the Court hereby GRANTS the Motion and ORDERS that Macy J. Mize-Martinez is admitted pro hac vice to represent Defendant Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc., in this action.

Dated: _____, 2024

BY THE COURT

_____
Honorable Robert J. Colville
United States District Judge