UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ABNER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC., <br><br> Defendant. | Case No. 2:24-cv-01129-RJC |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING DEADLINES ON FEDERAL EXPRESS CORPORATION'S RULE 11 MOTION**

THIS MATTER, having come before the Court on Plaintiffs Michael Abner, et al. and Defendant Federal Express Corporation's, successor by merger to FedEx Ground Package System, Inc. ("FedEx") Joint Motion to Extend Briefing Deadlines on Federal Express Corporation's Rule 11 Deadline, and the Court having reviewed said motion and being fully advised, hereby orders that the Motion is GRANTED.

Plaintiffs' deadline to file their Opposition to FedEx's Rule 11 Motion is extended to January 10, 2025, and FedEx's deadline to file it Reply is extended to February 7, 2025.

It is so ordered.

Dated this ____ day of _____, 2024.

                                                                            BY THE COURT

                                                                            _____
                                                                            Honorable Robert J. Colville
                                                                            United States District Judge