**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL ABNER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | No. 2:24-cv-01129-RJC |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Plaintiffs' counsel hereby moves to withdraw the appearance of Jeremy Abay as attorney of record in this matter. Jeremy Abay is no longer with the firm of Lichten & Liss-Riordan, P.C. and hereby requests withdrawal from the case. Shannon Liss-Riordan, Harold Lichten, and Sarah Schalman-Bergen of Lichten & Liss-Riordan, P.C.; Peter Winebrake and Mark J. Gottesfeld of Winebrake & Santillo, LLC; and Brian Gonzales of Law Offices of Brian D. Gonzales, PLLC will continue as attorneys of record on behalf of Plaintiffs. There will therefore be no disruption in the Court's calendar or representation of Plaintiffs in this action.

Dated: October 30, 2025

Respectfully submitted,

*s/ Shannon Liss-Riordan*
Shannon Liss-Riordan (MA 640716) (*pro hac vice*)
Harold Lichten (MA 549689) (*pro hac vice*)
Sarah Schalman-Bergen (PA Bar No. 206211)
LICHTEN & LISS RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com
ssb@llrlaw.com

Peter Winebrake (PA 80496)
Mark J. Gottesfeld (PA 307752)
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491
pwinebrake@winebrakelaw.com
mgottesfeld@winebrakelaw.com

Brian Gonzales (CO 29775) (*pro hac vice*)
THE LAW OFFICES OF BRIAN D. GONZALES, PLLC
2580 East Harmony Road, Suite 201
Fort Collins, CO 80528
(970) 214-0562
bgonzales@coloradowagelaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2025, I caused a true and correct copy of the foregoing to be filed with the Court's CM/ECF system, which constitutes service on Defendant, whose counsel are registered participants on that system.

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan